

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be grant{ by Local Rules 83.12 through 83.14.

In the Matter of

Amy Stack
    v.
City of Burbank, et al.

08cv1925
JUDGE DOW, JR.
MAG. JUDGE COLE

Jury Demand

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Burbank and Officer Mark Metelski

FILED
J.N
APR X 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Joseph Cainkar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph Cainkar | |
| FIRM <br> LOUIS F. CAINKAR, LTD. | |
| STREET ADDRESS <br> 30 North LaSalle Street, Suite 3922 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602-3333 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06281109 | TELEPHONE NUMBER <br> 312/236-3985 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |