

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  08 C 1925 |
| Amy Stack vs. City of Burbank, et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amy Stack, Plaintiff

| |
|---|
| NAME (Type or print)<br>Edward M. Rubin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward M. Rubin |
| FIRM<br>RUBIN, MACHADO & ROSENBLUM, LTD. |
| STREET ADDRESS<br>120 W. Madison St., Suite 400 |
| CITY/STATE/ZIP<br>Chicago, Ill. 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03124662 | TELEPHONE NUMBER<br>(312) 327-1840 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

FILED
APR - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT