# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Amy Stack  
vs.  
City of Burbank, et al

Case Number: 08 C 1925

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amy Stack, Plaintiff

| | |
|---|---|
| **NAME (Type or print)** <br> Richard J. Rosenblum | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Rosenblum | |
| **FIRM** <br> RUBIN, MACHADO & ROSENBLUM, LTD. | |
| **STREET ADDRESS** <br> 120 W. Madison St., Suite 400 | FILED <br> APR - 8 2008 <br> Apr 8, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06196970 | **TELEPHONE NUMBER** <br> (312) 327-1840 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |