#07-312  EMR/RJR/cmb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMY STACK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1925 |
| | ) | |
| -vs- | ) | Judge Dow |
| | ) | |
| CITY OF BURBANK, a Municipal Corporation and OFFICER MARK METELSKI | ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:**  Joseph Cainkar
LOUIS F. CAINKAR, LTD.
30 N. LaSalle St., Suite 3922
Chicago, Ill.  60602

PLEASE TAKE NOTICE that on the 4th day of June, 2008, we filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **the Joint Status Report** in the above captioned matter.

   s/ Richard J. Rosenblum
By:  Richard J. Rosenblum
Bar # 6196970
RUBIN,  MACHADO & ROSENBLUM, LTD.
Attorneys for Plaintiffs

120 W. Madison St., Suite 400
Chicago, Illinois   60602
(312) 327-1840

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that copies of **the aforementioned documents** were faxed and mailed to the above named attorney by depositing same in the U.S. Mail, with proper postage affixed, this  3rd day of  June, 2008.

   s/ Richard J. Rosenblum
By:  Richard J. Rosenblum
Bar # 6196970
RUBIN, MACHADO, & ROSENBLUM, LTD.
Attorneys for Plaintiffs